
**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUZIE HUI CHONG YIM ) <br> ) <br> Defendant. ) | CRIMINAL Case No. 01-00020-001 <br><br> **REQUEST TO TRAVEL** |

On May 17, 2004, Suzie Hui Chong Yim was sentenced by Designated Judge Dean D. Pregerson for Trafficking in Counterfeit Merchandise, in violation of 18 U.S.C. § 2320. She was sentenced to 24 months of probation with conditions to not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; not possess a firearm, destructive device, or other dangerous weapon; serve four months home detention under the home confinement program of the U.S. Probation Office and abide by all the requirements of the program, and pay for all or part of the costs of the program based on her ability to pay as determined by the U.S. Probation Office; comply with the standard conditions of probation; perform 200 hours of community service under the direction of the U.S. Probation Office; and pay a $100 special assessment fee.

Ms. Yim is requesting the Court's permission to travel to Korea for medical purposes. She is scheduled to depart Guam on August 31, 2005 and return on September 20, 2005.

Ms. Yim has been compliant with her conditions of probation. She paid the $100 special assessment fee on May 17, 2004; served her term of home detention; completed 200 hours of community service on July 30, 2004; and submits her monthly supervision reports in a timely manner. This Officer supports her travel request and seeks Court approval.

CARMEN D. O'MALLAN
U. S. Probation Officer Specialist