

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL Case No. 01-00020-001 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| SUZIE HUI CHONG YIM ) | |
| Defendant. ) | |

✓ APPROVED          _____ DISAPPROVED

    IT IS SO ORDERED this _____ day of August 2005, that Suzie Hui Chong Yim be authorized to travel to Korea, from August 31, 2005 to September 20, 2005.

8/12/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

*ORIGINAL*